466 A.2d 1346

COMMONWEALTH of Pennsylvania

v.

Barry W. MULLER, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 27, 1983.

Decided Nov. 4, 1983.

Richard J. Orloski, Allentown, Carol B. Fienberg, Harrisburg, for appellant.

Ann I. Keck, Asst. Dist. Atty., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Order affirmed.